UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDSAY ANNE MOFATT,

                 Plaintiff(s),

    v.

UNITED STATES OF AMERICA,

                 Defendant(s).

CASE NO. C26-578-KKE

ORDER DIRECTING UNITED STATES TO RESPOND TO REQUEST FOR EXTENSION OF TIME

This matter comes before the Court on Plaintiff's complaint and motion to return property. Dkt. No. 1. Plaintiff initially filed the motion under Federal Rule of Criminal Procedure 41(g) in a criminal prosecution that ended with the charges against her being dismissed. *See* Dkt. No. 1-2. Because the criminal case against Plaintiff was no longer pending, United States Magistrate Judge Brian A. Tsuchida deemed the motion to be a civil complaint seeking equitable relief and directed the Clerk to assign the matter to a district judge. *Id.*

Among the property at issue in this case is $1,230 in U.S. currency, which was taken from Plaintiff upon her arrest and which the United States contends is subject to civil forfeiture under Title 19 of the United States Code. *See* Dkt. No. 2 at 2. In her reply brief, Plaintiff states that she received a Notice of Seizure from Customs and Border Protection regarding the cash, which states that she "must take initial action 'within 30 days from the date of this letter'" to avoid forfeiture. Dkt. No. 5 at 2. However, while the notice was dated January 21, 2026, she did not receive the

ORDER DIRECTING UNITED STATES TO RESPOND TO REQUEST FOR EXTENSION OF TIME - 1

notice in the mail until February 13, giving her only seven days to take action. *Id.* She requests (in the alternative to returning her property) that the Court extend the deadline for her to take initial action as indicated on the Notice of Seizure by 60 days. *Id.* The United States has not had an opportunity to respond to Plaintiff's request in the alternative.

Accordingly, the United States is DIRECTED to file a response no later than tomorrow, February 19, 2026, stating whether it will agree to Plaintiff's request to extend the time for her to take action pursuant to the Notice of Seizure by 60 days.

Dated this 18th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DIRECTING UNITED STATES TO RESPOND TO REQUEST FOR EXTENSION OF TIME - 2