UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDSAY ANNE MOFFATT, | CASE NO. C26-0578-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court construed a motion to return property filed in a related criminal case under Federal Rule of Criminal Procedure 41(g) as a request for a civil equitable proceeding, thereby converting the motion into a civil complaint. *See* Dkt. No. 1; *see also United States v. Moffatt*, No. 2:26-mj-00001-GJL (W.D. Wash. 2026). This conversion is distinct from the typical commencement of a civil case governed by Local Rules W.D. Wash. LCR 3. Accordingly, the Court STRIKES the notice of filing deficiency related to the filing fee. Dkt. No. 6.

Dated this 20th day of February, 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk

MINUTE ORDER - 1